## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| DUSTIN KIMBRELL, INDIVIDUALLY | § | |
| AND ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | NO. 15-cv-0238 SMV/KBM |
| | § | |
| BASIC ENERGY SERVICES INC. | § | |
| A DELAWARE CORPORATION, | § | |
| D/B/A BASIC ENERGY SERVICES | § | |
| | § | |
| **Defendants.** | § | |

### ORDER GRANTING DEFENDANT BASIC ENERGY SERVICES INC.'S
### THIRD AMENDED UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
### OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Defendant Basic Energy Services Inc.'s Third Amended Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Original Complaint.  The Court finds the Motion should be GRANTED.  It is therefore ORDERED that the time for Defendant Basic Energy Services Inc. to answer or otherwise respond to Plaintiff's Complaint is extended through and including May 22, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

By: /s/ *Jason R. Regas*
Marc D. Katz
Fed. Bar No. *pending*
marckatz@andrewskurth.com
Jason R. Regas
Fed. Bar No. 15-62
jasonregas@andrewskurth.com
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX  75201
Phone:  (214)659-4400
Fax:  (214)659-4401

**ATTORNEYS FOR DEFENDANT,
BASIC ENERGY SERVICES, INC.**

AGREED TO:


 */s/ Jeremi K. Young*      on 5/6/15__
Jeremi K. Young, Esq.